IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

2006 JUL 13 A 9: 25

ORIGINAL

| | | |
|---|---|---|
| STANLEY FORBES,<br>　　　Petitioner,<br><br>VS.<br><br>UNITED STATES OF AMERICA,<br>　　　Respondent. | *<br>*<br>*<br>*<br>*<br>* | CIVIL CASE<br>NO. 2:06CV614-WHA<br><br>CRIMINAL CASE<br>NO. 95-141-S |

**PETITIONER'S MOTION SEEKING COURT ORDER PROVIDING TRIAL TRANSCRIPTS SO THAT PETITIONER MAY PERFECT HABEAS MOTION**

Comes Now, Stanley Forbes, petitioner pro se (Forbes), and seeks an order from this Court directing the Government to provide a copy of the trial record in this case. The trial record should include pretrial motions, orders, discovery package and hearing transcripts; trial transcripts; and appellant and appellee's briefs on appeal. In support of this motion Forbes states the following:

1. Forbes has recently filed a habeas motion under 28 U.S.C. § 2255 and therein has raised claims in which the trial record is necessary in order to perfect the § 2255 motion.

2. Forbes has made several attempts with each of his prior attorneys to obtain the trial record, however, each attempt has been unsuccessful. These attempts occurred several years ago. Today, Forbes believes that any attempt would be fruitless as each of the prior attempts were unsuccessful.

3. Forbes is indigent and has no ability whatsoever of securing the monies to purchase the trial record.

4. Forbes proceeded to trial with court appointed counsels. Court appointed counsels never before provided Forbes with copies of the trial record.

5. The cost of which the Government would incur by providing the trial record to Forbes would be nominal at best.

## CONCLUSION:

**WHEREFORE,** based on the foregoing Petitioner Forbes respectfully urges this Court to grant the relief he seeks.

RESPECTFULLY SUBMITTED,

*/s/ Stanley Forbes/*

STANLEY FORBES, PRO SE.

**EXECUTED ON THIS 22ND DAY OF JUNE, 2006.**