IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANLEY FORBES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:06cv614-WHA |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

On June 22, 2006, the movant, Stanley Forbes, filed a *motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255* in which he challenges the sentence imposed upon him by this court in 1996 for violations of various federal controlled substance laws.[1] Upon review of Forbes's motion, the undersigned concludes that a limited response from the government is necessary to determine whether Forbes is now time-barred from filing the instant action.  Accordingly, the CLERK is hereby DIRECTED to serve a copy of Forbes's § 2255 motion upon the United States Attorney for the Middle District of Alabama.  The United States Attorney is

ORDERED to file a response to Forbes's motion within thirty (30) days from the date of this order focusing entirely on the applicability of the period of limitation in this case

---

[1] Although Forbes's motion was date-stamped "received" in this court on July 13, 2006, under the "mailbox rule," the court deems his motion filed on the date he delivered it to prison authorities for mailing, presumptively, June 22, 2006, the day that he signed it.  *See Houston v. Lack*, 487 U.S. 266, 271-72 (1988); *Washington v. United States*, 243 F.3d 1299, 1301 (11th Cir. 2001).

pursuant to the provisions contained in 28 U.S.C. § 2255.

The government is advised that its response should contain a detailed procedural history, all relevant records, and citations to applicable case law from which the court can determine the applicability of the limitation period contained in 28 U.S.C. § 2255. Should the government's response to the instant order indicate that this case must proceed on the merits, the government will be given an adequate opportunity to file a response addressing the claims presented in Forbes's § 2255 motion.

Done this 19th day of July 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE