**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   R. Randolph Neeley
   U.S. Attorney's Office
   One Court Square
   PO Box 197
   Montgomery, AL 36101-0197

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Nancy Yarn*   ☐ Agent  ☒ Addressee

B. Received by (Printed Name): Nancy Yarn
C. Date of Delivery: 7/20/06

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

   2:04cv614
   m + o
   (3°)

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1820 0002 3461 1482

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540