IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANLEY FORBES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:06cv614-WHA |
| ) | [WO] |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

On July 13, 2006, Stanley Forbes filed a *motion seeking court order providing trial transcripts*. (Doc. No. 2.) Upon consideration of this motion, and for good cause, it is

**ORDERED** that the motion is DENIED without prejudice at this time.

Forbes is advised that if the court determines that deliberations on his pending § 2255 motion warrant otherwise, the court will reconsider his request for trial transcripts at that time.

Done this 28th day of September, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE