IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANLEY FORBES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 2:06cv614-WHA |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW the United States of America, Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General order No. 3047.

- ☐ This party is an individual, or
- ☒ This party is a governmental entity, or
- ☐ There are no entities to be reported, or
- ☐ The following entities and their relationship to the party are hereby reported:  None.

Done this 11th day of March, 2008.

                                                LEURA G. CANARY
                                                UNITED STATES ATTORNEY

                                                /s/ Christopher A. Snyder
                                                CHRISTOPHER A. SNYDER
                                                Assistant United States Attorney
                                                131 Clayton Street
                                                Montgomery, AL  36104
                                                (334) 223-7280
                                                (334) 223-7135

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **STANLEY FORBES,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06cv614-WHA |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2008, I electronically filed the foregoing Conflict Disclosure Statement with the Clerk of the Court using the CM/ECF system and mailed, postage prepaid, a copy of this response to the *pro se* Defendant/Petitioner as follows:

**Stanley Forbes**
Reg.No. 09535-002
Federal Correctional Institution
PMB 1000
Talladege, AL 35160

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
131 Clayton Street
Montgomery, AL  36104
(334) 223-7280
(334) 223-7135