IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

STANLEY FORBES,  ]
              ]
    Petitioner, ]
              ]
v.            ]  Civil Case No.: 2:06cv614-WHA
              ]
              ]  Criminal Case No.: 95-141-S
UNITED STATES OF AMERICA,  ]
              ]
    Respondent. ]

REBUTTAL TO GOVERNMENT'S MOTION

Comes now Defendant, Stanley Forbes, and files this motion in response to the recommendation of the magistrate judge.

U.S. MAGISTRATE'S JURISDICTION
AND FUNCTIONS

It is a fact that U.S. Magistrates exercise jurisdiction pursuant to the trial rules of minor offenses, and can only exercise jurisdiction pursuant to Title 18 U.S.C. § 3401-3402, and Title 28 U.S.C. § 631.  U.S. Magistrates are without jurisdiction in criminal proceedings that pertain to post conviction relief.  Magistrates are judicial officers of the federal district courts, having some but not all of the power of a federal district judge, and may preside over preliminary or pre-trial proceedings in both civil and criminal proceedings only and lacks jurisdiction in this matter.

## FACTS OF THE CASE

U.S. Magistrate Judge, Hon. Terry F. Moorer, states that on October 8, 1997, the Defendant filed a pleading styled as a § 2255 motion. Here, the District Court for the Middle District of Alabama made an error in upholding any finding of the magistrate.

The American system of justice demands that all who are accused of a crime be convicted legally in accordance with the Constitution by a court with jurisdiction over the person, over the crime and over the situs of the crime before they are condemned to lose their life, liberty or property.

On January 25, 2000, U.S. Magistrate Judge, Hon. Susan Russ Walker, recommended that Forbes be denied relief on all claims presented in his Motion to Reverse and Dismiss for Lack of Subject Matter Jurisdiction Pursuant to F.R.C.P. Title 18 § 12(B)(2), and by doing so claims that the District Court for the Middle District of Alabama, Southern Division, has always had subject matter jurisdiction. See id., the Eleventh Circuit's decision in the instant case, wherein the Court ruled that Forbes "does not need this Court's permission to file a "Second or Successive" motion because the district court apparently did not follow the procedure set out in Castro, which had not been decided by the Supreme Court at that time. That motion does not count as an initial § 2255 motion for purposes of the "Second or Successive" requirements." See Castro v. United States, 358 F.3d 827-28 (11th Cir. 2004)(reversing the district court's finding that a motion

was successive where the petitioner was not informed of the consequences of its sua sponte recharacterization of his first motion and remanding for consideration of the merits of the new motion.).

Now that the Supreme Court has decided Castro v. United States, 358 F.3d 827-28 (11th Cir. 2004), the United Stated District Court for the Middle District of Alabama, Southern Division, still refuses to follow the procedure set out in Castro, which had been decided by the U.S. Supreme Court.

U.S. Magistrates Judge, Hon. Terry F. Moorer, does not have jurisdiction in this case, see Title 18 U.S.C. § 3401-3402, and Title 28 U.S.C. § 631.

## CONCLUSION

WHEREFORE based upon the foregoing, Petitioneer Forbes respectfully urges that the Court grant the relief he has sought.

Executed on this 25th day of March 2008.

Stanley Forbes, pro se
Reg. # 09535002
Federal Correctional Institution
PMB 1000
Talladega, AL 35160

FILING AND MAILING CERTIFICATE

I hereby certify that on this 25th day of March 2008, I filed with the Clerk's Office of the United States District Court for the Middle District of Alabama, Southern Division, via U.S. mail, postage pre-paid and sufficient enough to cause delivery, the required number of copies of this Brief of Petitioner, and further certify that I served via U.S. Mail, first-class, the required number of copies of said Brief to the Assistant U.S. Attorney in the instant case.

                                            Stanley Forbes, pro se
                                            Reg. # 09535002
                                            Federal Correctional Institution
                                            PMB 1000
                                            Talladega, AL 35160

STANLEY FORBES
09535002
FEDERAL CORRECTIONAL INSTITUTION
PMB 1000
TALLADEGA, AL 35160


USA 41   USA 41   USA 41

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY ALABAMA 36101-0711