IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANLEY FORBES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:06cv614-WHA |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #11), entered on March 18, 2008, and Petitioner's objection (Doc. #12), which is headed "Rebuttal to Government's Motion."

The Petitioner argues that a magistrate judge lacks jurisdiction to rule on this § 2255 motion. 28 U.S.C. § 636(b)(1) and Rule 8(b) of the Rules Governing Section 2255 Proceedings authorize magistrate judges to submit to the district court proposed findings of fact and recommendations for disposition as to 2255 motions. Therefore, that objection is without merit.

Petitioner also appears to suggest that the Recommendation does not follow the provisions of *Castro*. The instant motion, however, was clearly designated as a 2255 motion, and the Recommendation was for denial of the motion on statute of limitations grounds, not successive petition grounds. Therefore, *Castro* does not affect the ruling on the instant motion.

Therefore, for those reasons, and for the reason set forth in the Recommendation, the court finds the Petitioner's objection to be without merit, and it is hereby overruled. The court adopts the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that Petitioner's motion to vacate pursuant to 28 U.S.C. § 2255 is DENIED, and this case is DISMISSED with prejudice.

DONE this 21st day of April, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE