IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANLEY FORBES, | ) |
| | ) |
|        Petitioner, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 2:06cv614-WHA |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|        Respondent. | ) |

## **JUDGMENT**

Pursuant to the order entered in this case on this day,

Final Judgment is entered in favor of the United States of America and against the Petitioner, Stanley Forbes.

DONE this 21st day of April, 2008.

      /s/ W. Harold Albritton
      W. HAROLD ALBRITTON
      SENIOR UNITED STATES DISTRICT JUDGE